**Not for Publication**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRITZ GERALD TOUSSAINT, *Plaintiff*, v. CAPITAL ONE FINANCIAL SERVICES, *Defendant*. | Civil Action No. 22-02448 **OPINION & ORDER** |

**John Michael Vazquez, U.S.D.J.**

On May 16, 2022, the Court entered an opinion and order granting *pro se* Plaintiff Fritz Gerald Toussaint's application for proceed *in forma pauperis* and dismissing his Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B), D.E. 6; and it

**APPEARING** that the Court dismissed the Complaint without prejudice and provided Plaintiff thirty (30) days to file an amended pleading that cured the noted deficiencies. The opinion and order further stated that if Plaintiff failed to file an amended pleading within thirty days, the claims would be dismissed with prejudice, *id*.; and it further

**APPEARING** that Plaintiff has not yet filed an amended pleading;

Accordingly, for the reasons set forth above and for good cause shown,

IT IS on this 8th day of July, 2022,

**ORDERED** that the Complaint is **DISMISSED** with prejudice; and it is further

**ORDERED** that the Clerk of the Court is directed to close this matter.

_____
John Michael Vazquez, U.S.D.J.